**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| PORSCHE CARS NORTH AMERICA, INC., a Delaware Corporation, and DR. ING. H.C. F. PORSCHE AKTIENGESELLSCHAFT, a German Corporation. | ) ) ) ) ) ) | C.A. No. 24-253-MN |
| *Plaintiffs*, | ) | |
| v. | ) ) | |
| SINGER VEHICLE DESIGN, a Delaware Corporation, | ) ) ) | |
| *Defendant*. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Porsche Cars North America, Inc., a Delaware Corporation, and Dr. Ing. H.C. F. Porsche Aktiengesellschaft, a German Corporation, hereby file this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Porsche filed its Original Complaint against Defendant Singer Vehicle Design on February 26, 2024.  Singer has not yet served "an answer or a motion for summary judgment" as set out in Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, Porsche voluntarily dismisses this action against Singer without prejudice.

Dated: March 22, 2024

**DLA PIPER LLP (US)**

*/s/ Stephanie E. O'Byrne*
Stephanie E. O'Byrne (DE Bar No. 4446)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
stephanie.obyrne@us.dlapiper.com

*Attorney for Plaintiff Porsche Cars
North America, Inc., a Delaware
Corporation, and Dr. Ing. H.C. F. Porsche
Aktiengesellschaft, a German Corporation*